# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

UNITED STATES OF AMERICA

vs.

Johnathan Courtney

**Defendant.**

**DOCKET NO. 3:15CR00360-1 JO**

**ORDER GRANTING TERMINATION OF SUPERVISION PRIOR TO EXPIRATION DATE**

    **IT IS HEREBY ORDERED** that, in the interests of justice, the Court grants the petition and orders that defendant's term of supervision release be, and hereby is, terminated effective as of the date of this Order.

    **DATED** this _16th_ day of September, 2021,

/s/ Robert E. Jones
Robert E. Jones
Senior U.S. District Judge